UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

    V.                                  CR. NO. 08-290
                                    :
MARCELLUS MITCHELL
                                    :  O R D E R


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 29th day of April, 2008,

ORDERED that Patrick McMahon ~~(for today only)~~ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

*/s/ Madeline Cox Arleo*
Madeline C. Arleo
U.S. Magistrate Judge